**UNITED STATES COURT OF APPEALS**
**FIR THE FIFTH CIRCUIT**

_____

**No. 99-10971**
**Summary Calendar**
_____

**JACK W. BORNINSKI,**

**Plaintiff-Appellant,**

**VERSUS**

**TEXAS INSTRUMENTS INCORPORATED,**

**Defendant-Appellee.**
_____

Appeal from the United States District Court
for the Northern District of Texas

(3:97-CV-1531-L)
_____

February 10, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

In June 1997, Jack W. Borninski sued his former employer, Texas Instruments, Inc., asserting claims of discrimination under the Americans with Disabilities Act, claims under the Employee Retirement Income and Security Act, and interference with contract and breach of contract. After protracted and delayed discovery processes, Texas Instruments moved for summary judgment in November 1998. In July 1999, the district court entered a Memorandum Opinion and Order granting the motions for summary judgment by Texas Instruments. Borninski appealed to this Court.

We have carefully reviewed the briefs, the record excerpts and

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

relevant portions of the record itself.  For the reasons stated by the district court in its Memorandum Opinion and Order entered under date of July 9, 1999, we affirm the Final Judgment entered in this case under date of July 9, 1999.

**AFFIRMED.**